**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

CHRIS DALRYMPLE,

        Plaintiff,

v.                                       Case No. 5:16-cv-608-Oc-37PRL

ONE WORLD TECHOLOGIES, INC;
and HOME DEPOT U.S.A., INC.,

        Defendants.

---

**ORDER**

This cause is before the Court on the following:

1. The Court's Order to Show Cause (Doc. 7), filed October 12, 2016; and

2. Defendants' Response to Order to Show Cause (Doc. 8), filed October 20, 2016.

Defendants removed the instant product liability action to this Court on October 6, 2016, invoking the Court's diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1 ("**Notice of Removal**").) Because the Notice of Removal contained deficient allegations with respect to the citizenship of each party and the amount in controversy, the Court ordered Defendants to show cause by written response why the action should not be remanded for lack of subject matter jurisdiction. (Doc. 7 ("**OTSC**").)

Defendants responded to the OTSC on October 20, 2016. (Doc. 8 ("**Response**").) Upon consideration, the Court finds that the Response and the attachments thereto sufficiently establish that there is complete diversity of citizenship. Additionally, the Court accepts Plaintiff's stipulation that he is seeking more than $75,000 in damages. (*See* Doc. 8-1.) Based on the foregoing, the Court is satisfied that it has subject matter

jurisdiction over this action.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Court's Order to Show Cause (Doc. 7) is **DISCHARGED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 24, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record