**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**CHRIS DALRYMPLE,**

    **Plaintiff,**

**v.**                                                   **Case No: 5:16-cv-608-Oc-37PRL**

**ONE WORLD TECHNOLOGIES, INC.
and HOME DEPOT U.S.A., INC.**

    **Defendants.**

## ORDER

Before the Court are Plaintiff's unopposed motions to strike affirmative defenses. (Docs. 13, 14). Specifically, Plaintiffs moves to strike Defendant One World Technologies' sixth and seventh affirmative defenses and Defendant Home Depot's sixth and seventh affirmative defenses. *See* (Docs. 3, 4). Plaintiff has certified to this Court that both Defendants consent to its requested relief. (Docs. 20, 21). And each Defendant has filed a response stating that they do not oppose this relief. (Docs. 26, 27). Accordingly, the unopposed motions (Docs. 13, 14) to strike are **GRANTED**, One World Technologies' sixth and seventh affirmative defenses are **STRICKEN WITHOUT PREJUDICE**, and Home Depot's sixth and seventh affirmative defenses are **STRICKEN WITHOUT PREJUDICE**.

    **DONE** and **ORDERED** in Ocala, Florida on December 1, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties